**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Scott H. Zwillinger, | ) | No. CV 07-1794-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| OSI Collection Services, Inc., | ) | |
| Defendants. | ) | |

Having reviewed the parties' Stipulation to Extend the Deadline for Defendant OSI Collection Services, Inc. to file its Response to Plaintiff's September 20, 2007 Complaint until November 5, 2007 (Dkt. 6) and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant OSI Collection Services, Inc. Shall file its Response to Plaintiff's September 20, 2007 Complaint no later than **November 5, 2007**.

DATED this 26th day of October, 2007.

Stephen M. McNamee
United States District Judge