**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Scott H. Zwillinger, | ) | No. CV 07-1794-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| OSI Collection Services, Inc., | ) | |
| Defendants. | ) | |

Having reviewed the Plaintiff's Notice of Acceptance of Defendant OSI Collection Services, Inc.'s Offer of Judgement,

**IT IS HEREBY ORDERED** that the parties have until **January 18, 2008** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the parties shall attend a status conference scheduled for **February 4, 2008, at 1:30 p.m.** If the stipulation is received by **January 18, 2008**, the status conference will be automatically vacated.

DATED this 18th day of December, 2007.

Stephen M. McNamee
United States District Judge