Michael Obert (022962)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
*Attorneys for Defendant OSI Collection Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Scott H. Zwillinger,, <br><br> Plaintiff, <br><br> vs. <br><br> OSI Collection Services, Inc. <br><br> Defendant. | No. CIV 07-1794-PHX-SMM <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br> (Assigned to the Honorable Stephen M. McNamee) |

The parties hereby stipulate that:

All claims made by Plaintiff against Defendant, OSI Collection Services, Inc. are dismissed with prejudice, each party to bear their own attorneys' fees and costs.

A proposed form of order is attached.

DATED this 18th day of January, 2008

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**


        By /s/Michael P. Obert, Jr.
           Michael Obert
           *Attorneys for Defendant OSI Collection Services, Inc.*

///

///

4826-9926-5282.1

DATED this 18th day of January, 2008

**MENGEDOTH LAW FIRM**

By /s/Paul Mengedoth
Paul Mengedoth
*Attorneys for Plaintiff Scott H. Zwillinger.*

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 5th day of November, 2007, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants.

Paul Mengedoth
Mengedoth Law Firm
2425 E. Camelback Road
Suite 600
Phoenix, AZ 85016
Attorney for Plaintiff Scott H. Zwillinger

/s/ Jessica Jones_____

4826-9926-5282.1

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.