**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott H. Zwillinger, ) | No. CV 07-1794-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| OSI Collection Services, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. #16]. After consideration of the parties' Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. No. #16]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 23rd day of January, 2008.

_/s/ Stephen M. McNamee_
Stephen M. McNamee
United States District Judge